# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL WAKIL AMIRI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-00623     Jury Demand |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 4/1/2016 |
| LAW OFFICES OF OLIKANMA A. EKEKWE, *et al.*, ) | Description: Pro Se Gen. Civ.    (F Deck) |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

Plaintiff alleges that he rents a room from in a "house [used] as [a] crazy house . . . for prostitutes[,] drug trafficking [and as a] guest house for relatives[.]" Compl. at 3. He states that he has received threats if he were to "tell someone about the women," and that his landlords have "create[d] false excuses to evict [him.]" *Id.* Presently plaintiff is "liv[ing] under terror" pending eviction pursuant to an order of the Superior Court of the District of Columbia. *Id.* at 5. He demands compensatory damages of $20 million and punitive damages. *Id.* at 6.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint mentions civil and constitutional rights, *see, e.g.,* Compl. at 1, 5, but does not articulate a claim arising under



the United States Constitution or federal law. And even though plaintiff demands damages in excess of $75,000, because all the parties appear to reside and conduct business in the District of Columbia, plaintiff does not demonstrate diversity of citizenship. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 3\30\16

_____
United States District Judge